**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG**

| | | |
|---|---|---|
| **IN RE: ERICA TOLLIVER** | Case Nos.: | **1:22-MC-35** |
| | | **1:22-CR-41** |
| | **(JUDGE KLEEH)** | |

## REPORT AND RECOMMENDATION

On September 19, 2022, the Honorable Thomas S. Kleeh, Chief United States District Judge, referred Defendant to the undersigned United States Magistrate Judge for Defendant's participation in the Federal Drug Court Program. [ECF No. 18, Case No. 1:22-CR-41]. On June 10, 2022, Defendant had signed the Drug Court Participant Agreement & Waiver of Confidentiality, agreeing to fully comply with all of the program requirements, court orders, and any other orders that govern the conditions of her bond or supervised release, and face sanctions and/or revocation of her bond, probation, or supervised release for committing any misconduct while participating in the program. [ECF No. 7, Case No. 1:22-MC-35].

On May 25, 2024, Defendant successfully completed the requirements of the Drug Court Program. The Program requires that Defendant participate in an After-Care Program. On May 25, 2024, Defendant also successfully completed the After-Care Program. Accordingly, it is **ORDERED** that Defendant continue to adhere to the Conditions of Release, previously set forth herein. [ECF No. 14, Case No. 1:22-CR-41].

Furthermore, the undersigned **RECOMMENDS** that the District Judge consider Defendant as having successfully completed the requirements of the Drug Court Program and **RECOMMENDS** that the case be **REMANDED** to the District Court pending sentencing.

Any party shall have fourteen (14) days from the date of service of this Report and Recommendation to file with the Clerk of the Court **specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.** A copy of such objections should also be submitted to the presiding United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to timely file written objections to the Report and Recommendation as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to transmit copies of this Report and Recommendation to counsel of record, U.S. Probation Officer Jill Henline, and the Honorable Thomas S. Kleeh, Chief United States District Court Judge.

Date: May 28, 2024

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE